# DENNIS KENNY LAW

288 NORTH PLANK ROAD, NEWBURGH, NY 12550

PHONE: (845) 566-4400 · FAX: (845) 569-0111 · TOLL FREE: (800) 610-4401 · (888) 2SSD-SSI
WEB SITE: WWW.DENNISKENNYLAW.COM · E-MAIL: DENNISKENNYLAW@CS.COM

DENNIS KENNY, ESQ. (NY & PA)
KATHERINE M. USEWICZ, ESQ.
JEFFREY C. LEO, ESQ.
SCOTT T. BLACK, ESQ. (NY & CA)
EDWARD C. DELAUTER, ESQ.
TARA L. JOHNSSON, ESQ. (FL)
JOSEPHINE GOTTESMAN ESQ.

**OF COUNSEL**
EVAN M. FOULKE, ESQ. (NY & NJ)
GREGORY M. SOBO, ESQ.

AUGUST 29, 2022

<u>VIA ECF</u>

HONORABLE ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE
UNITED STATES COURTHOUSE
500 Pearl Street
New York, NY 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/29/2022

RE: Fruchtman v Commissioner SSA
22-CV-02362 (ER) (RWL)

Your Honor:

This office represents Plaintiff in the above-referenced Social Security appeal.

Plaintiff has today sent a letter to the Court requesting a 30-day extension of time in which to file Plaintiff's motion for judgment on the pleadings. The due date given, September 8, 2022, was erroneous. The current due date is September 2, and the due date requested is October 3, 2022.

Plaintiff regrets this error and the inconvenience to the Court and Counsel. All other statements in the previous letter remain the same. Kindly amend the new due date, if granted, to October 3, 2022. Thank you for your consideration.

Respectfully submitted,

/s/ JOSEPHINE GOTTESMAN

Cc: Leslie A. Ramirez-Fisher, AUSA (via ECF)

SO ORDERED:

_____ 8/29/2022
HON. ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE